AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Phillip R. Dilts, DVM, <br> *Plaintiff* <br> v. <br> Ohio Veterinary Medical Licensing Board, et al., <br> *Defendant* | Civil Action No. 2:25cv602 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Pursuant to the January 13, 2026 Opinion and Order, Plaintiff's motion to strike, ECF No. 23, is DENIED. Plaintiff's motions to disqualify, ECF Nos. 15-16, are DENIED. OVMLB's and OhioPHP's motions to dismiss ECF Nos. 13-14 are GRANTED.  The Court DISMISSES WITHOUT PREJUDICE Plaintiff's claims for lack of jurisdiction as those claims cannot be brought in federal court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date:  1/13/2026

CLERK OF COURT

s/Jennifer Kacsor
*Signature of Clerk or Deputy Clerk*